# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00463-CV

**Texas Department of State Health Services, and John Hellerstedt, in his Official Capacity as Commissioner of the Texas DSHS, Appellants**

**v.**

**Crown Distributing LLC; America Juice Co. LLC; Custom Botanical Dispensary, LLC; and 1937 Apothecary, LLC, Appellees**

### FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-20-004053, THE HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellees, Crown Distributing LLC; America Juice Co. LLC; Custom Botanical Dispensary, LLC; and 1937 Apothecary, LLC, have filed an emergency motion for Rule 29.3 temporary relief. Appellees ask the Court to grant temporary relief and reinstate the trial court's September 18, 2020 order granting their application for a temporary injunction. To preserve the status quo of the appeal while the Court considers the motion for temporary relief, pending further order of this Court, we temporarily order that the trial court's September 18, 2020 Order on Temporary Injunction is reinstated. *See* Tex. R. App. P. 29.3 ("[T]he appellate court may make any temporary orders necessary to preserve the parties' rights until disposition of the appeal . . . ."). The Court requests that appellants file a response to the motion for temporary relief on or before October 5, 2020. Appellees may file a reply on or before October 12, 2020.

It is ordered on September 23, 2020.


Before Chief Justice Rose, Justices Baker and Kelly